IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-254-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.    JAY STUART DEVAUGHN,**

        Defendant.

---

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Sentencing Hearing set for November 19, 2010 is **VACATED AND RESET** for **December 17, 2010 at 2:00 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

---

Dated: October 8, 2010