IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-254-JLK**

**UNITED STATES OF AMERICA,**

          Plaintiff,

v.

**1.   JAY STUART DEVAUGHN,**

          Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Sentencing Hearing set for December 17, 2010 is **VACATED AND RESET** for **January 21, 2011 at 10:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated:  November 5, 2010